JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ LAW OFFICES
700 SOUTH 3RD STREET
Las Vegas, Nevada 89101
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:11-CR-388-KJD-CWH |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND PROPOSED ORDER** |
| MIGUEL MACIAS, | |
| Defendant. | |

COMES NOW, appointed counsel, JAMES A. ORONOZ, ESQ., and hereby moves this Court request a Pre-Plea Pre-Sentence Investigation Report be prepared by the Probation Department.

1. The defendant is subject to a ten-year mandatory minimum. The defendant believes he has zero (0) criminal history points and may be safety valve eligible. Whether he is safety valve eligible will drastically impact his sentencing exposure, negotiations, and client's decision as to how he should proceed. A pre-plea presentence investigation report will promote judicial economy and aid in the manner in which this case is untimely resolved.

2. Undersigned counsel therefore respectfully request an order that the Department of Probation conduct a pre-plea presentence investigation report as soon as possible.

///
///
///

1

1    3.   Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Andrew Duncan regarding this request and he has no opposition.

DATED this 8th day of March, 2012.

/s/ James A. Oronoz
JAMES A. ORONOZ, Esq.
700 South 3rd Street
Las Vegas, NV 89101
*Counsel for Miguel Macias*

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MIGUEL MACIAS,<br><br>　　　　Defendant. | CASE NO: 2:11-CR-388-KJD-CWH<br><br>**<u>ORDER</u>** |

IT IS HEREBY ORDERED that that Probation Department will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant Miguel Macias.

DATED this 19th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Oronoz Law Offices and is a person of such age and discretion as to be competent to serve papers.

That on March 8th, 2012, I served an electronic copy of the above and foregoing UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND PROPOSED ORDER by electronic service (ECF) to the person(s) named below:

> DANIEL G. BOGDEN
> United States Attorney
> 333 Las Vegas Blvd. South, #5000
> Las Vegas, NV 89101
> *Counsel for United States*
>
> ANDREW DUNCAN
> Assistant United States Attorney
> 333 Las Vegas Blvd. South, #5000
> Las Vegas, NV 89101
> *Counsel for United States*

/s/   Lucas Gaffney, Esq.
Employee of the Oronoz Law Offices