PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.                                                                                         Crim No. 2:11CR00388

Miguel James Macias

On September 18, 2012 the above named was placed on supervised release for a period of five (5) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

Digitally signed by
Nickie Pipilakis
Date: 2021.12.06
12:31:10 -08'00'

Nickie Pipilakis
USPO

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated: December 7, 2021

Andrew P. Gordon
United States District Judge